# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EVLA LOCKLEAR,

        Plaintiff,

-vs-                                              Case No. 6:09-cv-1802-Orl-28DAB

SSI DISABILITY CLAIM,

        Defendant.

## ORDER

This case is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed October 22, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 27, 2009 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED without prejudice**.

3. Plaintiff's Complaint is **DISMISSED without prejudice** to the filing of an Amended Complaint that meets the criteria set forth in the Report and Recommendation, accompanied by either the filing fee or a renewed motion to proceed as a pauper, within

eleven (11) days from the date of this Order. Any renewed application to proceed *in forma pauperis* shall include information as to how Plaintiff is subsisting.

4.  Failure to submit the Amended Complaint within the time allowed will result in this case being closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___24___ day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party